| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 210020)<br>Chief, Criminal Division |
| 4 | BARBARA J. VALLIERE (DCBN 99493)<br>DAVID J. WARD (CABN 239504) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>Facsimile: (415) 436-7234 |
| 8 | david.ward@usdoj.gov<br>barbara.valliere@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 20 CR-0108 JD |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **STIPULATION AND ~~PROPOSED~~ ORDER TO VACATE AND RESET SENTENCING DATE** |
| MARK DJANGO HICKS, a/k/a KAFANI,<br>TYRONE ALEXANDER JONES,<br>SUSAN ARREOLA-MARTIN,<br>CHRISTOPHER POOL,<br>DEMARCUS HICKS a/k/a SMURF,<br>DIONYSIUS ("DONNIE") COSTELLO, and<br>LEIF SKOROCHOD, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Counsel for the United States and counsel for defendant Christopher POOL in the above-captioned matter jointly file this Stipulation and Proposed Order asking the Court to vacate the April 18, 2022 sentencing date for defendant POOL, and to set POOL's sentencing date for 10:30 a.m. on April 25, 2022 in Courtroom 19, so that defendant POOL can be sentenced on the same date as two other defendants in this case, Susan ARREOLA-MARTIN, and Leif SKOROCHOD.

//

STIPULATION TO RESET SENTENCING DATE
Case Nos. 20-CR-0108 JD

1     Defendant POOL pled guilty on December 20, 2021, and sentencing was set for April 18, 2022. *Dkt. 267*. Defendants Leif SKOROCHOD and Susan ARREOLA-MARTIN pled guilty on February 14, 2022, and sentencing for both was set for April 25, 2022 at 10:30 a.m. in Courtroom 11. *Dkt.281*. At the change of plea hearing for defendants ARREOLA-MARTIN and SKOROCHOD, the Court asked the parties to set sentencing for similarly-situated defendants in this case for the same day. The parties therefore stipulate and jointly request that defendant POOL be sentenced with defendants ARREOLA-MARTIN and SKOROCHOD.

    The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

    IT IS SO STIPULATED.

DATED: March 8, 2022                       /s/ *David J. Ward*
                                                      DAVID J. WARD
                                                      BARBARA J. VALLIERE
                                                      Assistant United States Attorneys

DATED: March 8, 2022

                                                      /s/ *w/ Permission*
                                                      CHARLES WOODSON
                                                      Attorney for Defendant Christopher POOL

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court hereby orders that the sentencing date for defendant POOL in the above-captioned matter be vacated, and that his sentencing date be set for 10:30 a.m. on April 25, 2022.

IT IS SO ORDERED.

DATED: March 10, 2022

_____
HON. JAMES DONATO
United States District Judge

STIPULATION TO RESET SENTENCING DATE
Case Nos. 20-CR-0108 JD